39 F.3d 1185
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
David Jay STERLING, Appellant,
v.
Frank W. WOOD, Warden, Correctional Facility-Oak Park
Heights; Thomas L. Nix, Federal Bureau of Prisons, Community
Corrections Manager; Unknown Minnesota Correctional
Facility-Oak Park Heights Employees; Unknown Federal Bureau
of Prisons Employees, in their individual and official
capacities, Appellees.
 No. 94-1170MN.
 United States Court of Appeals,
Eighth Circuit.
 Submitted: Oct. 25, 1994.
Filed: Nov. 1, 1994.
 
 Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 David J. Sterling appeals the district court's adverse grant of summary judgment in his action alleging denial of access to the courts. Having carefully reviewed the record, we find no error requiring reversal, and we conclude an opinion would have no precedential value. We affirm. See 8th Cir. R. 47B.